**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| TERRA FIRMA BUILDERS, LLC, | : | No. 606 MAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| WILLIAM KING A/K/A BILLY M. KING AND | : | |
| MELANIE L. KING A/K/A MELANIE L. | : | |
| FRANTZ, | : | |
| | : | |
| Petitioners | : | |

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 10th day of March, 2020, the Petition for Allowance of Appeal is **GRANTED**. The issue as stated by petitioner is:

> Is a property owner who seeks to challenge the perfection of a mechanics' lien required to file preliminary objections before or during the enforcement proceeding of the lien?